1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re: ) | |
| Masters Enterprises, Inc. (Seattle) d/b/a Fax List ) | Case No: 2:19-mc-00169-RSL |
| Wholesalers, ) | |
| ) | |
| ROBERT KAHN, ) | **ORDER GRANTING** |
| ) | **STIPULATED JOINT MOTION FOR** |
| Plaintiff, ) | **CONTINUANCE OF PLAINTIFF'S** |
| ) | **MOTION TO COMPEL** |
| v. ) | |
| ) | |
| GRAND SLAM ENTERPRISES, LLC, and ) | |
| WAHLBURGERS FRANCHISING LLC, ) | |
| ) | |
| Defendants. ) | |

This matter, having come before the Court upon the stipulated Motion for Continuance of Plaintiff Robert Kahn's Motion to Compel Compliance with Subpoena Duces Tecum (Dkt. No. 1) between Plaintiff and Non-Party Respondent Masters Enterprises, Inc., and the Court having considered the same, it is hereby ORDERED, ADJUDGED, and DECREED that:

The stipulated Motion to Continue is GRANTED; Plaintiff's Motion to Compel (Dkt. No.1) shall be continued to January 24, 2020, with Masters Enterprises' response brief due no later than January 17, 2020, and the case docket updated accordingly.

Dated this 2nd day of January, 2020.

*Mark S Lasnik*

Robert S. Lasnik
United States District Judge

Oseran Hahn P.S.
929 108TH AVE NE, #1200
BELLEVUE, WA 98004
(425) 455-3900

1

2  Jointly Presented By:

3  OSERAN HAHN P.S.

4
   /s/ Joshua S. Schaer
5  James H. Clark, WSBA #18862
   Joshua S. Schaer, WSBA #31491
6  Attorneys for Third-Party Respondent
7  Masters Enterprises, Inc.

8
   HILLIS CLARK MARTIN & PETERSON P.S.
9

10 /s/ Jessica C. Kerr,
   per e-mail authorization
11 Eric D. Lansverk, WSBA #17218
   Jessica C. Kerr, WSBA #49866
12 Attorneys for Plaintiff

13

14 MARC B. HERSHOVITZ, P.C.

15

16 /s/ Marc B. Hershovitz,
   per e-mail authorization
17 Marc B. Hershovitz, *Admitted Pro Hac Vice*
   Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED JOINT MOTION
FOR CONTINUANCE OF PLAINTIFF'S MOTION
TO COMPEL – PAGE 2 OF 2
(2:19-mc-00169-RSL)

Oseran Hahn P.S.
929 108TH AVE NE, #1200
BELLEVUE, WA  98004
(425) 455-3900